# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION

| | |
|---|---|
| In the Matter of the Search of | Docket No. 3:21-mj-74-DSC |
| 4023 East Franklin Blvd, Morningstar Storage Unit 2010, Gastonia, North Carolina | *UNDER SEAL* |

## ORDER SEALING SEARCH WARRANT AND OTHER DOCUMENTS

UPON MOTION of the United States of America for an order directing that the Application, Search Warrant, Affidavit in the above-captioned matter, Motion to Seal, and this Order be sealed, to protect the secrecy of the on-going nature of the investigation in this matter until further order of this Court,

**IT IS HEREBY ORDERED** that the Application, Search Warrant, Affidavit in the above-captioned matter, Motion to Seal, and this Order be sealed until further order of this Court.

The Clerk is directed to certify copies of this Order to the United States Attorney's Office via email to Steven.Kaufman@usdoj.gov.

**SO ORDERED**.

Signed: March 24, 2021

David S. Cayer
United States Magistrate Judge